IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTA WESTBROOK, | |
|     Plaintiff, | No. C 11-03961 JSW |
| v. | **ORDER AUTHORIZING REMOVAL OF DOCKET ENTRY** |
| MICHAEL ASTRUE, | |
|     Defendant. / | |

On September 13, 2011, the Clerk docketed a letter from Plaintiff which inadvertently included confidential information. (*See* Docket No. 6.) A redacted version has now been docketed. (*See* Docket No. 7.) The Court HEREBY AUTHORIZES the Clerk to delete docket entry 6 from the record.

**IT IS SO ORDERED.**

Dated: September 14, 2011

                                                      JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LYNETTA WESTBROOK,

    Plaintiff,

v.

MICHAEL ASTRUE et al,

    Defendant.

Case Number: CV11-03961 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lynetta Westbrook
3505 Northwood Drive # E
Concord, CA 94520

Dated: September 14, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk