**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LYNETTA WESTBROOK,

    Plaintiff,

  v.

MICHAEL ASTRUE,

    Defendant.
_____/

No. C 11-03961 JSW

**ORDER AUTHORIZING REMOVAL OF DOCKET ENTRY**

On September 13, 2011, the Clerk docketed a letter from Plaintiff which inadvertently included confidential information. (*See* Docket No. 6.) A redacted version has now been docketed. (*See* Docket No. 7.) The Court HEREBY AUTHORIZES the Clerk to delete docket entry 6 from the record.

**IT IS SO ORDERED.**

Dated: September 14, 2011

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LYNETTA WESTBROOK,

    Plaintiff,

v.

MICHAEL ASTRUE et al,

    Defendant.
_____/

Case Number: CV11-03961 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lynetta Westbrook
3505 Northwood Drive # E
Concord, CA 94520

Dated: September 14, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2