UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTA WESTBROOK,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 11-cv-3961-YGR<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL** |

Under the Procedural Order for Social Security Review Actions, Docket No. 2, plaintiff's motion for summary judgment or for remand was required to be filed within 28 days of service of Defendant's answer. Defendant filed and served his answer, and lodged the administrative record, on January 10, 2012. Plaintiff's motion was therefore due on February 10, 2012. No motion has been filed as of the date of this order.

Plaintiff shall file a motion for summary judgment or for remand on or before **May 18, 2012.** Should Plaintiff fail to comply with this order, the Court will dismiss this case for failure to prosecute. Fed. Rules Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: April 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**