UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTA WESTBROOK,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>    Defendant. | Case No.  11-cv-03961-NJV<br><br>**JUDGMENT ORDER** |

On March 5, 2013, the court granted the motion for summary judgment filed by Defendant Michael J. Astrue, and denied the motion for summary judgment filed by Plaintiff Lynetta Westbrook.  *See* Doc. No. 26.

Consequently, IT IS ORDERED, ADJUDGED AND DECREED THAT judgment be entered in favor of Defendant Astrue and against Plaintiff Westbrook.

**IT IS SO ORDERED.**

Dated: March 5, 2013

_____
Nandor J. Vadas
United States Magistrate Judge